**DISMISS; and Opinion Filed February 6, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01132-CV

### IN THE INTEREST OF D.M., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-20472**

# MEMORANDUM OPINION

Before Justices Bridges, Evans, and Whitehill
Opinion by Justice Bridges

The clerk's record in this case is past due. By letter dated November 10, 2017, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, written verification of payment or arrangements to pay for the clerk's record or written verification appellant had been found entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, the clerk's record has not been filed and appellant has not provided the required documentation regarding the clerk's record nor otherwise corresponded with the Court.

We dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/David L. Bridges/
DAVID L. BRIDGES
JUSTICE


171132F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF D.M., A CHILD, Appellant

No. 05-17-01132-CV

On Appeal from the 330th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-16-20472.
Opinion delivered by Justice Bridges. Justices Evans and Whitehill participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 6th day of February, 2018.